IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ESLIMERARI RAMOS**, *on behalf of herself and all others similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> **RICK STEVES' EUROPE, INC**, <br><br> *Defendant*. | Case No. 24-CV-12334 <br><br> Judge Georgia N. Alexakis <br><br> Magistrate Judge Jeffrey Cole |

## NOTICE OF SETTLEMENT

Plaintiff Eslimerari Ramos ("Plaintiff") and Defendant Rick Steves Europe, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby give notice that the Parties have reached a settlement in principle as to the monetary terms of Plaintiff's individual claims. The Parties anticipate filing a joint stipulation of dismissal with prejudice within thirty (30) days as they negotiate and finalize the non-monetary terms of the settlement. The Parties request that this Court stay all pending deadlines in anticipation of the forthcoming stipulation of dismissal, including but not limited to Defendant's obligation to answer on or before March 10, 2025. (ECF No. 17.)

| | |
|---|---|
| **DATED: March 3, 2025** | Respectfully submitted, |
| /s Yaakov Saks [Signed With Permission] <br> Yaakov Saks <br> STEIN SAKS, PLLC <br> One University Plaza, Suite 620 <br> Hackensack, New Jersey 07601 <br> ysaks@steinsakslegal.com | /s Gerald L. Maatman, Jr. <br> Gerald L. Maatman, Jr. <br> Ryan T. Garippo <br> DUANE MORRIS LLP <br> 190 South La Salle Street, Suite 3700 <br> Chicago, Illinois 60603-3433 <br> gmaatman@duanemorris.com <br> rgarippo@duanemorris.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

I, Gerald L. Maatman, Jr., an attorney, certify that on March 3, 2025, I caused a true and correct copy of the foregoing document to be filed through the Court's CM/ECF System and served the below Counsel of Record via electronic mail:

Yaakov Saks
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, New Jersey 07601
Telephone: (201) 282-6500
Email:  ysaks@steinsakslegal.com

                                                     */s/ Gerald L. Maatman, Jr.*
                                                      Gerald L. Maatman, Jr.