IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESLIMERARI RAMOS, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>**RICK STEVES' EUROPE, INC,**<br><br>*Defendant.* | Case No. 24-CV-12334<br><br>Judge Georgia N. Alexakis<br><br>Magistrate Judge Jeffrey Cole |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eslimerari Ramos ("Plaintiff") and Defendant Rick Steves Europe, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action with prejudice as follows:

1. All claims of Plaintiff, individually, are hereby dismissed with prejudice with each party to bear their own fees and costs.

2. Because no motion for class certification was filed in this case, the dismissal of Plaintiff's claims, individually, terminates this action in its entirety.

DATED: April 4, 2025

*[signature]*
_____
Yaakov Saks
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, New Jersey 07601
ysaks@steinsakslegal.com

*Attorneys for Plaintiff*

Respectfully submitted,

*[signature]*
_____
Gerald L. Maatman, Jr.
Ryan T. Garippo
DUANE MORRIS LLP
190 South La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
gmaatman@duanemorris.com
rgarippo@duanemorris.com

*Attorneys for Defendant*